DOHERTY et al,
*Petitioners,*

*v.*

OREGON WATER RESOURCES DIRECTOR et al,
*Respondents.*

(CA A40087)

762 P2d 330

Argued and submitted June 12, 1987.

William F. Schroeder and Larry A. Sullivan, Vale, for petition.

No appearance *contra.*

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

BUTTLER, P. J.

**BUTTLER, P. J.**

On petitioners' petition for review of our decision, 92 Or App 22, 758 P2d 865 (1988), we allow reconsideration, ORAP 10.10, and write for the purpose of clarifying the basis for affirming that the Director's decision establishing the Butter Creek critical ground water area and six subareas. We add only that, whether or not we agree with it, the Director's decision is supported by substantial evidence *on the whole record*. ORS 183.482(8)(c); *Younger v. City of Portland,* 305 Or 346, 752 P2d 262 (1988).

Reconsideration allowed; former opinion clarified and adhered to.